IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY C FERGUSON,

    Petitioner,

v.                                  CASE NO. 4:10-cv-00232-MP-WCS

EDWIN G BUSS, WALTER MCNEIL,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that the amended petition in this case be denied. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees that a 60 day stint in administrative confinement is not the type of atypical and significant hardship that can give rise to a constitutional claim. Also, a person serving life but hoping for parole does not have a liberty interest in gain time. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.     The Amended Petition, Doc. 18, is denied. For the reasons stated above, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Accordingly, no certificate of appealability is appropriate in this case.

    **DONE AND ORDERED** this _16th_ day of August, 2011

                              *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge